# Court of Appeals
# of the State of Georgia

ATLANTA, February 13, 2024

*The Court of Appeals hereby passes the following order:*

## A24A0813. AETIUS FRANCHISING, LLC v. REGENCY CENTERS, L.P.

After filing its notice of appeal, Aetius Franchising, LLC, filed a Petition for Chapter 11 Bankruptcy. All cases against Aetius Franchising, LLC, have been stayed pending the outcome of petition number 23-30471 filed in the Bankruptcy Court for the Western District of North Carolina on July 19, 2023. This Court is constitutionally required to dispose of every case at the term of court for which it is entered on the court's docket for hearing or at the next term of court. See Ga. Const. of 1983, Art. VI, Sec. IX, Par. II. Accordingly, this Court does not have the power to stay a case. We therefore REMAND this case to the trial court until the stay of proceeding is lifted. See *Boardman v. Brenninkmeijer*, 328 Ga. App. 882, 882-883 (763 SE2d 267) (2014). At that time, Aetius Francising, LLC, may re-institute the appeal by filing a new Notice of Appeal in the trial court within 30 days of the date of the entry of the order in the bankruptcy court lifting the stay.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 02/13/2024*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen*
, *Clerk.*